**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

MIDDLE DISTRICT OF NORTH CAROLINA

Case number *(if known)* _____     Chapter **11**

☐ Check if this an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy                04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **K&W Cafeterias, Inc.** |
| 2. | **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names and *doing business as* names | **FKA  K&W Restaurant, Inc.** |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **56-0498184** |

| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|---|---|
| | | **1391 Plaza West Road**<br>**Winston Salem, NC 27103**<br>Number, Street, City, State & ZIP Code | **PO Box 25048**<br>**Winston Salem, NC 27114**<br>P.O. Box, Number, Street, City, State & ZIP Code |
| | | **Forsyth**<br>County | **Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |

| 5. | **Debtor's website** (URL) | **www.kwcafeterias.com** |
|---|---|---|

| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ |
|---|---|---|

Debtor   **K&W Cafeterias, Inc.**                                          Case number (*if known*) _____
_____
Name

| | |
|---|---|
| **7.** **Describe debtor's business** | A. *Check one:* |

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.
__2511__

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply:*

   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☐ A plan is being filed with this petition.

   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

■ No

☐ Yes.

| Debtor | _____ | | | Relationship | _____ |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number, if known | _____ |

| Debtor | K&W Cafeterias, Inc. | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**11. Why is the case filed in this district?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

**◼ Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ■ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ■ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ■ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor    **K&W Cafeterias, Inc.**                 Case number (*if known*) _____
       Name

| | Request for Relief, Declaration, and Signatures |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **September  2, 2020**
            MM / DD / YYYY

**X** **/s/ Dax C. Allred**                  **Dax C. Allred**
    Signature of authorized representative of debtor         Printed name

Title    **President**

**18. Signature of attorney**

**X** **/s/ John A. Northen**               Date   **September  2, 2020**
    Signature of attorney for debtor                  MM / DD / YYYY

**John A. Northen**
Printed name

**Northen Blue, LLP**
Firm name

**PO Box 2208**
**Chapel Hill, NC 27515**
Number, Street, City, State & ZIP Code

Contact phone   **919-968-4441**       Email address _____

**6789 NC**
Bar number and State

## RESOLUTION AUTHORIZING COMMENCEMENT OF PROCEEDINGS UNDER CHAPTER 11 FOR K&W CAFETERIAS, INC.

WHEREAS, Dax C. Allred, Julie Long and Derek Duggins are the sole directors of K&W Cafeterias, Inc. (the "Company"), and

WHEREAS, all the directors met and determined, in the exercise of their business judgment, that the financial condition of the Company necessitates the reorganization of the Company under the protections afforded by Chapter 11 of the United States Bankruptcy Code.

NOW, THEREFORE, BE IT RESOLVED that the Company is authorized to file, in the United States Bankruptcy Court for the Middle District of North Carolina, a Chapter 11 petition and to otherwise proceed under Chapter 11 of the United States Bankruptcy Code, and

BE IT FURTHER RESOLVED that Dax C. Allred, President, is authorized to execute on behalf of the Company the petition, schedules, statement of financial affairs, monthly and quarterly reports, and any other documents required for the Chapter 11 filing, and

BE IT FURTHER RESOLVED that the Company shall employ Northen Blue, L.L.P. as its bankruptcy counsel to assist the Company in filing the Chapter 11 case and in all proceedings thereunder, and

BE IT FURTHER RESOLVED that the Company shall employ Bell Davis & Pitt, P.A. as special counsel to assist the Company in matters involving general corporate law, regulatory issues, and transactional aspects of any sale of the Company's assets, and

BE IT FURTHER RESOLVED that the Company shall employ Constangy Brooks Smith & Prophete, LLP as special counsel to assist the Company in matters involving employment law and regulations, and

BE IT FURTHER RESOLVED that the Company shall employ Dixon Hughes Goodman, LLP as the Debtor's accountants to assist the Company in the preparation of the Company's income tax returns and to perform an audit of the Debtor's 401(k) Plan as required in connection with the Debtor's annual reporting obligation under the Employee Retirement Income Security Act of 1974 ("ERISA"), and

BE IT FURTHER RESOLVED that the Company shall employ DHG Corporate Finance, LLC to serve as the Debtor's financial advisor to assist the Debtor with a review of its strategic

alternatives and to serve as an advisor with respect to any sale of the Debtor's assets or other transaction related to a potential buyer, and

BE IT FURTHER RESOLVED that Dax C. Allred, Julie Long and Derek Duggins, the directors of the Debtor, will not receive any compensation post-petition for serving in such capacity, and

BE IT FURTHER RESOLVED that the Company shall continue to employ Dax C. Allred as President with compensation subject to approval by the Board of Directors and disclosure to the Bankruptcy Court, and

BE IT FURTHER RESOLVED that the Company shall continue to employ Chris Hundley as Vice-President Finance with compensation subject to approval by the Board of Directors and disclosure to the Bankruptcy Court, and

BE IT FURTHER RESOLVED that the Company shall continue to employ Rebecca Lancaster as Vice-President Human Resources with compensation subject to approval by the Board of Directors and disclosure to the Bankruptcy Court, and

BE IT FURTHER RESOLVED that Julie Long, Treasurer and Secretary, and Derek Duggins, Vice President, will not receive any compensation post-petition for serving in such capacity, respectively.

Date:


_Dax c. allred_

Dax C. Allred
Director

_Julie Long_

Julie Long
Director

_Derek W. Duggins_

Derek Duggins
Director

**Fill in this information to identify the case:**

Debtor name   **K&W Cafeterias, Inc.**

United States Bankruptcy Court for the:   MIDDLE DISTRICT OF NORTH CAROLINA

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **September  2, 2020**    **X** */s/ Dax C. Allred*
                                  Signature of individual signing on behalf of debtor

                                  **Dax C. Allred**
                                  Printed name

                                  **President**
                                  Position or relationship to debtor

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com             Best Case Bankruptcy

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **K&W Cafeterias, Inc.** |
| United States Bankruptcy Court for the: | **MIDDLE DISTRICT OF NORTH CAROLINA** |
| Case number (if known): | |

☐ Check if this is an

amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| ALSCO PO BOX 3594 Attn: Officer/Manager DURHAM, NC 27702 | | Trade debt | | | | $47,464.00 |
| BB&T Commercial Equipment Capital 2 Great Valley Parkway, Suite 300 Attn: Officer or Managing Agent Malvern, PA 19355 | | Fayetteville Equipment | | $410,664.00 | $308,000.00 | $102,664.00 |
| CAMERON VILLAGE Attn Officer or Managing Agent PO BOX 534243 ATLANTA, GA 30353 | | Lease | | | | $20,954.46 |
| CIT Bank NA 10201 Centurion Parkway N, Suite #100 Attn: Officer or Managing Agent Jacksonville, FL 32256 | | Dish Machine Healy Drive, South Park, Holden Road, Signature Place, Chapel Hill | | $245,845.00 | $185,000.00 | $60,845.00 |
| COMMONWEALTH OF VA DEPT OF TAXATION PO BOX 1115 RICHMOND, VA 23218 | | Sales Tax | | | | $26,796.21 |
| Crestmark Vendor Finance PO Box 233756 Attn: Officer or Managing Agent Chicago, IL 60689 | | Dish Machine Tanglewood, Concord, Goldsboro, Crossroads | Unliquidated | $194,215.00 | $145,000.00 | $49,215.00 |

| Debtor | K&W Cafeterias, Inc. | | | Case number (if known) | | |
|---|---|---|---|---|---|---|
| | Name | | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| First Foundation Bank PO Box 80550 Attn: Officer or Managing Agent City of Industry, CA 91716 | | Dish Machine Statesville, Salem, Pineville, Greenville SC, | | $209,993.00 | $157,000.00 | $52,993.00 |
| First Lease Inc 1 Walnut Grove Drive, Suite 300 Attn: Officer or Managing Agent Horsham, PA 19044 | | Dish Machine Burlington and Cameron Village | | $85,021.00 | $64,000.00 | $21,021.00 |
| H/S Wilson, LLC Attn: Hull Property Group, LLC 1190 Interstate Parkway Augusta, GA 30909 | | Lease, Wilson Mall | Disputed | | | $269,110.00 |
| Macquarie Equipment Capital, Inc. 1301 Riverplace Blvd Attn: Officer or Managing Agent Jacksonville, FL 32207 | | Dish Machine Wilmington, Rocky Mount, Arlington Crossing, Myrtle Beach, Cherry Grove | | $269,495.00 | $200,000.00 | $69,495.00 |
| NC DEPT OF REVENUE PO Box 1168 RALEIGH, NC 27602 | | Sales Tax | | | | $282,317.27 |
| OLIVER PKG. & EQUIPMENT CO. PO BOX 8506 Attn: Officer/Manager CAROL STREAM, IL 60197 | | Trade debt | | | | $35,333.97 |
| Performance Food Group 543 12th Street Drive NW Attn: Officer/Manager Hickory, NC 28601 | | Trade debt | | | | $1,062,988.72 |
| PINNACLE POINT INVESTMENTS, LLC 8504 WILLOW BRANCH DR. Attn: Officer/Manager WAXHAW, NC 28173 | | Lease | | | | $38,696.66 |

Official form 204        Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims        page 2

Debtor  **K&W Cafeterias, Inc.**
　　　　Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **RRPV UNIVERSITY CHAPEL HILL LP PO BOX 6230 Attn: Officer/Manager ORLANDO, FL 32802** | | **Lease** | | | | **$18,009.78** |
| **SC DEPT OF REVENUE PO BOX 125 COLUMBIA, SC 29214** | | **Sales Tax** | | | | **$42,985.96** |
| **SIGNATURE PLACE ROLL UP, LLC PO BOX 535411 Attn Officer or Managing Agent ATLANTA, GA 30353** | | **Lease** | | | | **$23,859.71** |
| **SOUTHERN SHOPPING CENTER LLC PO BOX 8500, LOCKBOX # 7327 Attn: Officer/Manager PHILADELPHIA, PA 19178** | | **Lease** | | | | **$50,965.41** |
| **TOWER PLACE NC LP C/O PROVIDENCE GROUP MGMT. SERVICES 300 W. SUMMIT AVE, SUITE 250 CHARLOTTE, NC 28203** | | **Lease** | | | | **$18,911.00** |
| **Truist Bank Attn: Managing Agent/Officer 214 N. Tryon St. Charlotte, NC 28202** | | **PPP Loan** | | | | **$6,735,200.00** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com　　　Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **K&W Cafeterias, Inc.**

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF NORTH CAROLINA

Case number (if known)

☐ Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals     12/15

**Part 1:**    **Summary of Assets**

1.   ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    1a. **Real property:**
      Copy line 88 from *Schedule A/B*.................................................................................................   $    **9,450,000.00**

    1b. **Total personal property:**
      Copy line 91A from *Schedule A/B*.............................................................................................   $    **20,635,274.29**

    1c. **Total of all property:**
      Copy line 92 from *Schedule A/B*...............................................................................................   $    **30,085,274.29**

**Part 2:**    **Summary of Liabilities**

2.   ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................................   $    **12,565,225.00**

3.   ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
      Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................................   $    **825,724.66**

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
      Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*..............................................   +$    **8,798,280.12**

4.   **Total liabilities** ....................................................................................................
    Lines 2 + 3a + 3b       $    **22,189,229.78**

**Fill in this information to identify the case:**

Debtor name   **K&W Cafeterias, Inc.**

United States Bankruptcy Court for the:   MIDDLE DISTRICT OF NORTH CAROLINA

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|
| 2. **Cash on hand** | $74,800.00 |

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **First National Bank of Pennsylvania** | **Checking (DIP Account)** | | $1,499,902.00 |
| 3.2. | **Truist Bank** | **Deposit acct (zero balance account)** | 0929 | $0.00 |

4. **Other cash equivalents** *(Identify all)*

| | | | |
|---|---|---|---|
| 4.1. | **Sale proceeds from 703 Polo Oaks Condo, in transit** | | $137,756.29 |

5. **Total of Part 1.**
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.        $1,712,458.29

| Part 2: | Deposits and Prepayments |
|---|---|

6. **Does the debtor have any deposits or prepayments?**

   ☑ No. Go to Part 3.
   ☐ Yes Fill in the information below.

Debtor **K&W Cafeterias, Inc.**                                        Case number *(If known)* _____
     Name

| Part 3: | Accounts receivable |
|---------|---------------------|

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

| 11. | **Accounts receivable** | | | |
|-----|-------------------------|--|--|--|
| | 11a. 90 days old or less: | 932,134.00 | - | 0.00 = .... | $932,134.00 |
| | | face amount | | doubtful or uncollectible accounts | |

| 12. | **Total of Part 3.** | | $932,134.00 |
|-----|---------------------|--|-------------|
| | Current value on lines 11a + 11b = line 12.  Copy the total to line 82. | | |

| Part 4: | Investments |
|---------|-------------|

**13. Does the debtor own any investments?**

☐ No.  Go to Part 5.
■ Yes Fill in the information below.

| | | Valuation method used for current value | Current value of debtor's interest |
|--|--|------------------------------------------|-------------------------------------|
| 14. | **Mutual funds or publicly traded stocks not included in Part 1**<br>Name of fund or stock: | | |
| | 14.1.  **Investments - Met Life Stock** | Face Value | $85,000.00 |

| 15. | **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**<br>Name of entity: | % of ownership |
|-----|--|--|

| 16. | **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**<br>Describe: |
|-----|--|

| 17. | **Total of Part 4.** | $85,000.00 |
|-----|---------------------|------------|
| | Add lines 14 through 16.  Copy the total to line 83. | |

| Part 5: | Inventory, excluding agriculture assets |
|---------|------------------------------------------|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---------------------|--------------------------------------|--------------------------------------------------------|------------------------------------------|-------------------------------------|
| 19.  **Raw materials** | | | | |
| 20.  **Work in progress** | | | | |
| 21.  **Finished goods, including goods held for resale** | | | | |
| 22.  **Other inventory or supplies**<br>**Food Inventory** | 8/23/2020 | Unknown | Recent Cost | $325,000.00 |

| Debtor | **K&W Cafeterias, Inc.** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

**23.** **Total of Part 5.**                                                                     **$325,000.00**

Add lines 19 through 22.  Copy the total to line 84.

**24.** **Is any of the property listed in Part 5 perishable?**

☐ No
■ Yes

**25.** **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☐ No
■ Yes. Book value        0.00   Valuation method    **recent cost**    Current Value    325,000.00

**26.** **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

■ No
☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39.** **Office furniture** | | | |
| **40.** **Office fixtures** | | | |
| **41.** **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| Office furniture, computers & software | **Unknown** | **Estimate** | **$100,000.00** |

**42.** **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

**43.** **Total of Part 7.**                                                                     **$100,000.00**

Add lines 39 through 42.  Copy the total to line 86.

**44.** **Is a depreciation schedule available for any of the property listed in Part 7?**

■ No
☐ Yes

**45.** **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☐ No
■ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                                        Best Case Bankruptcy

Debtor   **K&W Cafeterias, Inc.**                                    Case number *(If known)* _____
         Name

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| **47.**  **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.  Autos & Truck | **Unknown** | **Estimate** | **$200,000.00** |

| | | | |
|---|---|---|---|
| **48.**  **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,<br>floating homes, personal watercraft, and fishing vessels | | | |
| **49.**  **Aircraft and accessories** | | | |
| **50.**  **Other machinery, fixtures, and equipment (excluding farm<br>machinery and equipment)** | | | |
| Maintenance Parts Inventory | **Unknown** | **Recent Cost** | **$318,006.00** |
| Equipment - Dish Machines | **Unknown** | **Recent Cost** | **$1,015,058.00** |
| Cafeteria Equipment - non dish machine | **Unknown** | **Estimate** | **$1,250,000.00** |
| Cafeteria furniture & fixtures | **Unknown** | **Estimate** | **$450,000.00** |

**51.**  **Total of Part 8.**                                                              | **$3,233,064.00** |

Add lines 47 through 50.  Copy the total to line 87.

**52.**  **Is a depreciation schedule available for any of the property listed in Part 8?**
■ No
☐ Yes

**53.**  **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 9:**   **Real property**

**54. Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
■ Yes Fill in the information below.

**55.**   **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of<br>property<br>Include street address or other<br>description such as Assessor<br>Parcel Number (APN), and type<br>of property (for example,<br>acreage, factory, warehouse,<br>apartment or office building, if<br>available. | Nature and<br>extent of<br>debtor's interest<br>in property | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|---|
| 55.1.  Investments - Pointe<br>Regatta Property | Fee simple | **Unknown** | **Appraisal** | **$5,765,000.00** |

Debtor   **K&W Cafeterias, Inc.**                                    Case number *(If known)* _____
         Name

| | | | | | |
|---|---|---|---|---|---|
| 55.2. | **Investments - Maisons Condo** | Fee simple | Unknown | Comparable Sales | $450,000.00 |
| 55.3. | **Investments - 705 Polo Oaks Condo** | | Unknown | Comparable Sales | $150,000.00 |
| 55.4. | **Investments - Cedar Lakes Condo** | Fee simple | Unknown | Comparable Sales | $85,000.00 |
| 55.5. | **Land and Buildings - Farm; Debtor owns 14 of 21 parcels (126.47 acres of 350 total acres)** | Fee simple | Unknown | Comparable Sales | $3,000,000.00 |

56.   **Total of Part 9.**                                                                       $9,450,000.00

   Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
   Copy the total to line 88.

57.   **Is a depreciation schedule available for any of the property listed in Part 9?**

   ■ No
   ☐ Yes

58.   **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

   ■ No
   ☐ Yes

**Part 10:**   **Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

   ☐ No.  Go to Part 11.
   ■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60.   **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61.   **Internet domain names and websites** | | | |
| 62.   **Licenses, franchises, and royalties** | | | |
| 63.   **Customer lists, mailing lists, or other compilations** | | | |
| 64.   **Other intangibles, or intellectual property** **Trademarks, tradenames, trade secrets and going concern value** | Unknown | | Unknown |

65.   **Goodwill**

66.   **Total of Part 10.**                                                                       $0.00

   Add lines 60 through 65. Copy the total to line 89.

Debtor **K&W Cafeterias, Inc.**        Case number *(If known)* _____
    Name

**67.**    **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
      ■ No
      ☐ Yes

**68.**    **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
      ■ No
      ☐ Yes

**69.**    **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
      ■ No
      ☐ Yes

**Part 11:**    **All other assets**

**70. Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ☐ No. Go to Part 12.
    ■ Yes Fill in the information below.

|  | | | | Current value of debtor's interest |
|---|---|---|---|---|
| **71.** **Notes receivable** Description (include name of obligor) | | | | |
| **Shareholder Loans** | 1,856,768.00 Total face amount | - | 0.00 doubtful or uncollectible amount = | **$1,856,768.00** |
| **Allred Investment Company, LLC Loans** | 944,111.00 Total face amount | - | 0.00 doubtful or uncollectible amount = | **$944,111.00** |
| **DGV, LLC Loans** | 5,878,543.00 Total face amount | - | 0.00 doubtful or uncollectible amount = | **$5,878,543.00** |
| **72.** **Tax refunds and unused net operating losses (NOLs)** Description (for example, federal, state, local) | | | | |
| **73.** **Interests in insurance policies or annuities** **Split dollar policies, Debtor's share of cash surrendor value** | | | | **$2,015,678.00** |
| **Life Insurance on Donald Allred, cash surrender value** | | | | **$173,992.00** |
| **Life Insurance on Charles Kiger, deceased and in process of redeeming** | | | | **$150,000.00** |
| **74.** **Causes of action against third parties (whether or not a lawsuit has been filed)** **Class action suit against card processing companies; judgment for $5.54 billion, on appeal.** | | | | **Unknown** |
| Nature of claim | class action | | | |
| Amount requested | $0.00 | | | |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

Debtor    **K&W Cafeterias, Inc.**                              Case number *(If known)* _____
          Name

75.   **Other contingent and unliquidated claims or causes of action of
      every nature, including counterclaims of the debtor and rights to
      set off claims**

76.   **Trusts, equitable or future interests in property**

77.   **Other property of any kind not already listed** *Examples:* Season tickets,
      country club membership

      **Leasehold improvments**                                                                    **$3,228,526.00**

78.   **Total of Part 11.**                                                          | **$14,247,618.00** |

      Add lines 71 through 77. Copy the total to line 90.

79.   **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
      ■ No
      ☐ Yes

Debtor    **K&W Cafeterias, Inc.**
Name

Case number *(If known)*

---

**Part 12:**    **Summary**

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $1,712,458.29 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $932,134.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $85,000.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $325,000.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $100,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $3,233,064.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*..........................................................................> | | $9,450,000.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $14,247,618.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $20,635,274.29 | + 91b. $9,450,000.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $30,085,274.29 |

---

**Fill in this information to identify the case:**

Debtor name **K&W Cafeterias, Inc.**

United States Bankruptcy Court for the:   MIDDLE DISTRICT OF NORTH CAROLINA

Case number (if known) _____

☐ Check if this is an amended filing

---

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
| --- | --- |

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
| --- | --- | --- | --- |

---

**2.1   Ally Financial**
Creditor's Name

**PO Box 380901**
**Attn: Officer or Managing Agent**
**Bloomington, MN 55438**
Creditor's mailing address

_____
Creditor's email address, if known

**Date debt was incurred**
**5/31/2019**
**Last 4 digits of account number**
**3894**

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**2019 Ford Explorer**

**Describe the lien**
**Auto Loan**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

| | **$25,017.00** | **$25,017.00** |
| --- | --- | --- |

---

**2.2   BB&T Commercial Equipment Capital**
Creditor's Name

**2 Great Valley Parkway, Suite 300**
**Attn: Officer or Managing Agent**
**Malvern, PA 19355**
Creditor's mailing address

_____
Creditor's email address, if known

**Date debt was incurred**
**11/29/2017**
**Last 4 digits of account number**

**Describe debtor's property that is subject to a lien**
**Fayetteville Equipment**

**Describe the lien**
**UCC-1**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

| | **$410,664.00** | **$308,000.00** |
| --- | --- | --- |

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor  **K&W Cafeterias, Inc.**                                      Case number (if known) _____
        Name

**Fayetteville Equipment**

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ☒ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.3 | **CIT Bank NA** | | | $245,845.00 | $185,000.00 |
|---|---|---|---|---|---|

Creditor's Name

**10201 Centurion Parkway N, Suite #100**
**Attn: Officer or Managing Agent**
**Jacksonville, FL 32256**

Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**Dish Machine Healy Drive, South Park, Holden Road, Signature Place, Chapel Hill**

**Describe the lien**
**UCC-1**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**8/9/2019**
**Last 4 digits of account number**
**3187**

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ☒ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.4 | **Crestmark Vendor Finance** | | | $194,215.00 | $145,000.00 |
|---|---|---|---|---|---|

Creditor's Name

**PO Box 233756**
**Attn: Officer or Managing Agent**
**Chicago, IL 60689**

Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**Dish Machine Tanglewood, Concord, Goldsboro, Crossroads**

**Describe the lien**
**UCC-1**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**8/13/2019**
**Last 4 digits of account number**
**3194**

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ☒ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☒ Unliquidated |
| | ☐ Disputed |

---

| 2.5 | **Crestmark Vendor Finance** | **Describe debtor's property that is subject to a lien** | $66,961.00 | $50,000.00 |
|---|---|---|---|---|

---

Debtor   **K&W Cafeterias, Inc.**                                    Case number (if known) _____
_____
Name

Creditor's Name                              **Dish Machines - Towers**

**PO Box 233756**
**Attn: Officer or Managing**
**Agent**
**Chicago, IL 60689**
_____
Creditor's mailing address                   **Describe the lien**
                                             **UCC-1**
                                             _____
                                             **Is the creditor an insider or related party?**
_____
Creditor's email address, if known           ■ No
                                             ☐ Yes
                                             **Is anyone else liable on this claim?**
**Date debt was incurred**
**12/10/2019**                               ■ No
**Last 4 digits of account number**          ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
**3214**
**Do multiple creditors have an**            **As of the petition filing date, the claim is:**
**interest in the same property?**           Check all that apply
                                             ☐ Contingent
■ No                                          ☐ Unliquidated
☐ Yes. Specify each creditor,                ☐ Disputed
including this creditor and its relative
priority.

---

| 2.6 | **De Lage Landen Financial** | |
|     | **Services, Inc.** | |

Creditor's Name                              **Describe debtor's property that is subject to a lien**    $7,638.00    $7,638.00

**PO Box 41602**                             **LED Lighting - Statesville**
**Attn: Officer or Managing**
**Agent**
**Philadelphia, PA 19101**
_____
Creditor's mailing address                   **Describe the lien**
                                             **UCC-1**
                                             _____
                                             **Is the creditor an insider or related party?**
_____
Creditor's email address, if known           ■ No
                                             ☐ Yes
                                             **Is anyone else liable on this claim?**
**Date debt was incurred**
**9/11/2019**                                ■ No
**Last 4 digits of account number**          ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
**1509**
**Do multiple creditors have an**            **As of the petition filing date, the claim is:**
**interest in the same property?**           Check all that apply
                                             ☐ Contingent
■ No                                          ☐ Unliquidated
☐ Yes. Specify each creditor,                ☐ Disputed
including this creditor and its relative
priority.

---

| 2.7 | **De Lage Landen Financial** | |
|     | **Services, Inc.** | |

Creditor's Name                              **Describe debtor's property that is subject to a lien**    $12,790.00    $12,790.00

**PO Box 41602**                             **LED Lighting - Southpark**
**Attn: Officer or Managing**
**Agent**
**Philadelphia, PA 19101**
_____
Creditor's mailing address                   **Describe the lien**
                                             **UCC-1**
                                             _____
                                             **Is the creditor an insider or related party?**
_____
Creditor's email address, if known           ■ No
                                             ☐ Yes
                                             **Is anyone else liable on this claim?**
**Date debt was incurred**                   ■ No

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 3 of 8

Debtor  **K&W Cafeterias, Inc.**                                       Case number (if known) _____
        Name

**9/11/2019**                                    ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
**Last 4 digits of account number**
**1508**

**Do multiple creditors have an**          **As of the petition filing date, the claim is:**
**interest in the same property?**         Check all that apply

■ No                                       ☐ Contingent
☐ Yes. Specify each creditor,              ■ Unliquidated
including this creditor and its relative   ☐ Disputed
priority.

---

| 2.8 | **De Lage Landen Financial Services, Inc.** | **Describe debtor's property that is subject to a lien** | **$6,196.00** | **$6,196.00** |

Creditor's Name                           **LED Lighting - Cameron Village**

**PO Box 41602**
**Attn: Officer or Managing**
**Agent**
**Philadelphia, PA 19101**
Creditor's mailing address

                                          **Describe the lien**
                                          **UCC-1**
                                          **Is the creditor an insider or related party?**
Creditor's email address, if known        ■ No
                                          ☐ Yes
                                          **Is anyone else liable on this claim?**
**Date debt was incurred**                ■ No
**9/18/2019**                             ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
**Last 4 digits of account number**
**2359**

**Do multiple creditors have an**         **As of the petition filing date, the claim is:**
**interest in the same property?**        Check all that apply

■ No                                      ☐ Contingent
☐ Yes. Specify each creditor,             ☐ Unliquidated
including this creditor and its relative  ☐ Disputed
priority.

---

| 2.9 | **De Lage Landen Financial Services, Inc.** | **Describe debtor's property that is subject to a lien** | **$10,032.00** | **$10,032.00** |

Creditor's Name                           **LED Lighting - Greenville SC**

**PO Box 41602**
**Attn: Officer or Managing**
**Agent**
**Philadelphia, PA 19101**
Creditor's mailing address

                                          **Describe the lien**
                                          **UCC-1**
                                          **Is the creditor an insider or related party?**
Creditor's email address, if known        ■ No
                                          ☐ Yes
                                          **Is anyone else liable on this claim?**
**Date debt was incurred**                ■ No
**9/18/2019**                             ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
**Last 4 digits of account number**
**1513**

**Do multiple creditors have an**         **As of the petition filing date, the claim is:**
**interest in the same property?**        Check all that apply

■ No                                      ☐ Contingent
☐ Yes. Specify each creditor,             ■ Unliquidated
including this creditor and its relative  ☐ Disputed
priority.

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 4 of 8

Debtor    **K&W Cafeterias, Inc.**
_____    Case number _(if known)_ _____
Name

| 2.1 0 | **First Foundation Bank** | Describe debtor's property that is subject to a lien | $209,993.00 | $157,000.00 |
|---|---|---|---|---|

Creditor's Name

**PO Box 80550**
**Attn: Officer or Managing**
**Agent**
**City of Industry, CA 91716**

**Dish Machine Statesville, Salem, Pineville, Greenville SC,**

Creditor's mailing address

**Describe the lien**
**UCC-1**

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out _Schedule H: Codebtors_ (Official Form 206H)

**Date debt was incurred**
**8/13/2019**
**Last 4 digits of account number**
**3203**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

| 2.1 1 | **First Lease Inc** | Describe debtor's property that is subject to a lien | $85,021.00 | $64,000.00 |
|---|---|---|---|---|

Creditor's Name

**1 Walnut Grove Drive, Suite 300**
**Attn: Officer or Managing**
**Agent**
**Horsham, PA 19044**

**Dish Machine Burlington and Cameron Village**

Creditor's mailing address

**Describe the lien**
**UCC-1**

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out _Schedule H: Codebtors_ (Official Form 206H)

**Date debt was incurred**
**6/7/2019**
**Last 4 digits of account number**
**Burlington and Cameron Village**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

| 2.1 2 | **Honda Financial** | Describe debtor's property that is subject to a lien | $20,589.00 | $20,589.00 |
|---|---|---|---|---|

Creditor's Name

**13856 Ballantyne Corporate Place**
**Attn: Officer or Managing**
**Agent**
**Charlotte, NC 28277**

**2019 Honda Accord**

Creditor's mailing address

**Describe the lien**
**Auto Loan**

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 5 of 8

Debtor    **K&W Cafeterias, Inc.** _____    Case number (if known) _____
                Name

|  | Is the creditor an insider or related party? |
| --- | --- |
| _____ | ■ No |
| Creditor's email address, if known | ☐ Yes |
|  | **Is anyone else liable on this claim?** |
| **Date debt was incurred** | ■ No |
| **3/19/2019** | ☐ Yes. Fill out _Schedule H: Codebtors_ (Official Form 206H) |
| **Last 4 digits of account number** |  |
| **5183** |  |
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** |
|  | Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
|  | ☐ Disputed |

---

**2.1 3**

| **KOS Financial Services** | Describe debtor's property that is subject to a lien | Unknown | Unknown |
| --- | --- | --- | --- |
| Creditor's Name | **Lease of SAVIN MP 5054 Annex** |  |  |
| **PO Box 41602** |  |  |  |
| **Attn: Officer or Managing Agent** | _____ |  |  |
| **Philadelphia, PA 19101** | **Describe the lien** |  |  |
| Creditor's mailing address | _____ |  |  |
|  | **Is the creditor an insider or related party?** |  |  |
| _____ | ■ No |  |  |
| Creditor's email address, if known | ☐ Yes |  |  |
|  | **Is anyone else liable on this claim?** |  |  |
| **Date debt was incurred** | ■ No |  |  |
|  | ☐ Yes. Fill out _Schedule H: Codebtors_ (Official Form 206H) |  |  |
| **Last 4 digits of account number** |  |  |  |
| **6583** |  |  |  |
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** |  |  |
|  | Check all that apply |  |  |
| ■ No | ☐ Contingent |  |  |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |  |  |
|  | ☐ Disputed |  |  |

---

**2.1 4**

| **KOS Financial Services** | Describe debtor's property that is subject to a lien | $24,157.00 | $24,157.00 |
| --- | --- | --- | --- |
| Creditor's Name | **Lease of SAVIN MPC3004; SAVIN MP 6503. Home Office** |  |  |
| **21146 Network Place** |  |  |  |
| **Attn: Officer or Managing Agent** |  |  |  |
| **Chicago, IL 60673** | _____ |  |  |
| Creditor's mailing address | **Describe the lien** |  |  |
|  | **UCC-1** |  |  |
|  | **Is the creditor an insider or related party?** |  |  |
| _____ | ■ No |  |  |
| Creditor's email address, if known | ☐ Yes |  |  |
|  | **Is anyone else liable on this claim?** |  |  |
| **Date debt was incurred** | ■ No |  |  |
|  | ☐ Yes. Fill out _Schedule H: Codebtors_ (Official Form 206H) |  |  |
| **Last 4 digits of account number** |  |  |  |
| **9214** |  |  |  |
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** |  |  |
|  | Check all that apply |  |  |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor   **K&W Cafeterias, Inc.**
_____   Case number (if known) _____
Name

■ No
☐ Contingent
☐ Yes. Specify each creditor,    ☐ Unliquidated
including this creditor and its relative    ☐ Disputed
priority.

---

| 2.15 | **Macquarie Equipment Capital, Inc.** | | $269,495.00 | $200,000.00 |
|---|---|---|---|---|

Creditor's Name

**Describe debtor's property that is subject to a lien**

**1301 Riverplace Blvd**
**Attn: Officer or Managing Agent**
**Jacksonville, FL 32207**

**Dish Machine Wilmington, Rocky Mount, Arlington Crossing, Myrtle Beach, Cherry Grove**

Creditor's mailing address

**Describe the lien**
**UCC-1**

**Is the creditor an insider or related party?**

Creditor's email address, if known

■ No
☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**
**8/14/2019**

■ No
☐ Yes. Fill out _Schedule H: Codebtors_ (Official Form 206H)

**Last 4 digits of account number**
**3195**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.16 | **Susquehanna Commecial Finance, Inc** | | $26,459.00 | $20,000.00 |
|---|---|---|---|---|

Creditor's Name

**Describe debtor's property that is subject to a lien**

**2 Country View Road, Suite 300**
**Attn: Officer or Managing Agent**
**Malvern, PA 19355**

**Hanes Mill Dish Machine**

Creditor's mailing address

**Describe the lien**
**UCC-1**

**Is the creditor an insider or related party?**

Creditor's email address, if known

■ No
☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**
**5/5/2016**

■ No
☐ Yes. Fill out _Schedule H: Codebtors_ (Official Form 206H)

**Last 4 digits of account number**
**oc36**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.17 | **Truist Bank** | **Describe debtor's property that is subject to a lien** | $10,950,153.00 | $15,283,088.00 |
|---|---|---|---|---|

---

Debtor    **K&W Cafeterias, Inc.**

Name

Case number (if known) _____

| | |
|---|---|
| Creditor's Name | **Accounts, Inventory, Equipment, Parts,** |
| **Attn: Managing Agent/Officer** | **General Intangibles** |
| **214 N. Tryon St.** | |
| **Charlotte, NC 28202** | |
| Creditor's mailing address | **Describe the lien** |
| | **UCC-1** |
| | **Is the creditor an insider or related party?** |
| | ☑ No |
| Creditor's email address, if known | ☐ Yes |
| | **Is anyone else liable on this claim?** |
| **Date debt was incurred** | ☐ No |
| **various** | ☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Last 4 digits of account number** | |

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

3.  Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.    | **$12,565,225.00** |

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Steve Gruendel** **Moore and Van Allen PLLC** **100 North Tryon St., Suite 4700** **Charlotte, NC 28202-4003** | Line  __2.17__ | |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **K&W Cafeterias, Inc.**

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF NORTH CAROLINA

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:    List All Creditors with PRIORITY Unsecured Claims**

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.

■ Yes. Go to line 2.

2.  **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
|---|---|---|---|---|

**2.1** Priority creditor's name and mailing address
**ALAMANCE COUNTY TAX COLLECTOR**
**124 W ELM STREET**
**GRAHAM, NC 27253**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim **$2,783.27**    Priority amount **$2,783.27**

Date or dates debt was incurred
**1/1/2020**

Basis for the claim:
**Property Tax**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.2** Priority creditor's name and mailing address
**CABARRUS COUNTY TAX COLLECTOR**
**PO BOX 707**
**CONCORD, NC 28026**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim **$2,825.37**    Priority amount **$2,825.37**

Date or dates debt was incurred
**1/1/2020**

Basis for the claim:
**Property Tax**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **K&W Cafeterias, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,094.59 | $1,094.59 |
|---|---|---|---|---|

**CITY OF GREENVILLE**
**PO BOX 2207**
**GREENVILLE, SC 29602**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **8/31/2020** | **Sales Tax** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,319.22 | $4,319.22 |
|---|---|---|---|---|

**CITY OF MYRTLE BEACH**
**PO Box 2468**
**Myrtle Beach, SC 29578**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **8/31/2020** | **Sales Tax** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,958.76 | $4,958.76 |
|---|---|---|---|---|

**CITY OF N MYRTLE BEACH**
**1018 2ND AVENUE SOUTH**
**N MYRTLE BEACH, SC 29582**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **8/31/2020** | **Sales Tax** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| 2.6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,919.62 | $4,919.62 |
|---|---|---|---|---|

**CITY OF ROANOKE**
**EVELYN W. POWERS**
**TREASURER**
**PO BOX 1451**
**ROANOKE, VA 24007**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/1/2020** | **Property Tax** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
- ■ No
- ☐ Yes

Debtor **K&W Cafeterias, Inc.**     Case number (if known) _____
Name

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $17,690.67 | $17,690.67 |
|---|---|---|---|---|

**CITY OF ROANOKE**
**EVELYN W. POWERS**
**TREASURER**
**PO BOX 1451**
**ROANOKE, VA 24007**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**8/31/2020**

Basis for the claim:
**Sales Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,248.14 | $5,248.14 |
|---|---|---|---|---|

**CITY OF SALEM**
**DANIELLE C. CRAWFORD, CITY**
**TREASURER**
**PO BOX 869**
**SALEM, VA 24153**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/1/2020**

Basis for the claim:
**Property Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $10,686.59 | $10,686.59 |
|---|---|---|---|---|

**CITY OF SALEM**
**DANIELLE C. CRAWFORD, CITY**
**TREASURER**
**PO BOX 869**
**SALEM, VA 24153**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**8/31/2020**

Basis for the claim:
**Sales Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.10 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $26,796.21 | $26,796.21 |
|---|---|---|---|---|

**COMMONWEALTH OF VA**
**DEPT OF TAXATION**
**PO BOX 1115**
**RICHMOND, VA 23218**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**8/31/2020**

Basis for the claim:
**Sales Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

Debtor  **K&W Cafeterias, Inc.**                                    Case number (if known)
        Name

| 2.11 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $17,091.74 | $17,091.74 |
|---|---|---|---|---|

**CUMBERLAND COUNTY TAX
COLLECTOR
PO BOX 449
FAYETTEVILLE, NC 28302**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/1/2020**

Basis for the claim:
**Property Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.12 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $1,975.54 | $1,975.54 |
|---|---|---|---|---|

**CUMBERLAND COUNTY TAX
COLLECTOR
P.O. BOX 449
FAYETTEVILLE, NC 28302**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**8/31/2020**

Basis for the claim:
**Sales Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.13 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $138,935.00 | $138,935.00 |
|---|---|---|---|---|

**FORSYTH COUNTY TAX
COLLECTOR
PO BOX 82
WINSTON-SALEM, NC 27102**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/1/2020**

Basis for the claim:
**Property Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.14 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $50,699.95 | $50,699.95 |
|---|---|---|---|---|

**GREENVILLE COUNTY TAX
COLLECTOR
301 UNIVERSITY RIDGE
SUITE 700
GREENVILLE, SC 29601**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/1/2020**

Basis for the claim:
**Property Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| Debtor | **K&W Cafeterias, Inc.** | | Case number *(if known)* | | |
|---|---|---|---|---|---|
| | Name | | | | |

---

| 2.15 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $31,237.80 | $31,237.80 |
|---|---|---|---|---|

**GUILFORD COUNTY TAX DEPARTMENT**
**PO BOX 3138**
**GREENSBORO, NC 27402**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/1/2020** | **Property Tax** |

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.16 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $24,753.05 | $24,753.05 |
|---|---|---|---|---|

**HORRY COUNTY TREASURER**
**1301 SECOND AVENUE**
**SUITE 1C08**
**CONWAY, SC 29526**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/1/2020** | **Property Tax** |

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.17 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $14,784.18 | $14,784.18 |
|---|---|---|---|---|

**IREDELL COUNTY TAX COLLECTOR**
**135 EAST WATER STREET**
**STATESVILLE, NC 28687**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/1/2020** | **Property Tax** |

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.18 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,022.57 | $2,022.57 |
|---|---|---|---|---|

**MECKLENBURG COUNTY**
**700 N Tryon St**
**CHARLOTTE, NC 28202**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **8/31/2020** | **Sales Tax** |

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor  **K&W Cafeterias, Inc.**                                          Case number (if known)
Name

| 2.19 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $48,823.43 | $48,823.43 |
|---|---|---|---|---|

**MECKLENBURG COUNTY TAX COLLECTOR**
**PO BOX 31457**
**CHARLOTTE, NC 28231-1457**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/1/2020**

Basis for the claim:
**Property Tax**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.20 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,427.85 | $2,427.85 |
|---|---|---|---|---|

**MERCER COUNTY**
**ATTN: TREASURER OFFICE**
**1501 WEST MAIN ST**
**PRINCETON, WV 24740**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/1/2020**

Basis for the claim:
**Property Tax**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.21 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $15,898.93 | $15,898.93 |
|---|---|---|---|---|

**NASH COUNTY TAX COLLECTOR**
**120 W WASHINGTON ST. STE 2058**
**NASHVILLE, NC 27856**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/1/2020**

Basis for the claim:
**Property Tax**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.22 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $282,317.27 | $282,317.27 |
|---|---|---|---|---|

**NC DEPT OF REVENUE**
**PO Box 1168**
**RALEIGH, NC 27602**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**8/31/2020**

Basis for the claim:
**Sales Tax**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

Debtor    **K&W Cafeterias, Inc.**                                    Case number (if known)
_____
Name

| 2.23 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,570.68 | $2,570.68 |
|------|---|---|---|---|

**NEW HANOVER COUNTY TAX OFFICE**
**230 GOVERNMENT CENTER DR**
**SUITE 190**
**WILMINGTON, NC 28403**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/1/2020**

Basis for the claim:
**Property Tax**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.24 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $9,988.62 | $9,988.62 |
|------|---|---|---|---|

**NORFOLK CITY TREASURER**
**COM OF REVENUE**
**PO BOX 3215**
**NORFOLK, VA 23514-3215**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/1/2020**

Basis for the claim:
**Property Tax**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.25 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,444.18 | $3,444.18 |
|------|---|---|---|---|

**ORANGE COUNTY TAX COLLECTOR**
**PO BOX 8181**
**HILLSBOROUGH, NC 27278**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/1/2020**

Basis for the claim:
**Property Tax**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.26 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,074.38 | $4,074.38 |
|------|---|---|---|---|

**PITT COUNTY TAX COLLECTOR**
**PO BOX 875**
**GREENVILLE, NC 27835**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/1/2020**

Basis for the claim:
**Property Tax**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **K&W Cafeterias, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.27 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,083.74 | $3,083.74 |
|---|---|---|---|---|

**RANDOLPH COUNTY TAX DEPT OFFICE OF TAX COLLECTOR 725 MCDOWELL ROAD ASHEBORO, NC 27205**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/1/2020**

Basis for the claim:
**Property Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.28 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,565.45 | $3,565.45 |
|---|---|---|---|---|

**ROANOKE COUNTY COMMISSIONER OF THE REVENUE 5204 BERNARD DR, 1ST FLOOR ROANOKE, VA 24018**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/1/2020**

Basis for the claim:
**Property Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.29 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $30,837.71 | $30,837.71 |
|---|---|---|---|---|

**ROWAN COUNTY TAX COLLECTOR 402 N MAIN STREET SUITE 101 SALISBURY, NC 28144**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/1/2020**

Basis for the claim:
**Property Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.30 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $42,985.96 | $42,985.96 |
|---|---|---|---|---|

**SC DEPT OF REVENUE PO BOX 125 COLUMBIA, SC 29214**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**8/31/2020**

Basis for the claim:
**Sales Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

Debtor **K&W Cafeterias, Inc.**　　　　　Case number (if known)
　　Name

| 2.31 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $4,104.10 | $4,104.10 |
|---|---|---|---|---|

**WAKE COUNTY**
**301 S McDowell Street**
**Suite 3800**
**RALEIGH, NC 27602**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**8/31/2020**

Basis for the claim:
**Sales Tax**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.32 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $3,645.09 | $3,645.09 |
|---|---|---|---|---|

**WAKE COUNTY REVENUE**
**DEPARTMENT**
**PO BOX 2331**
**RALEIGH, NC 27602**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/1/2020**

Basis for the claim:
**Property Tax**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.33 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $2,680.34 | $2,680.34 |
|---|---|---|---|---|

**WAYNE COUNTY TAX**
**COLLECTOR**
**PO BOX 227**
**GOLDSBORO, NC 27530**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/1/2020**

Basis for the claim:
**Property Tax**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.34 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $2,454.66 | $2,454.66 |
|---|---|---|---|---|

**WILSON COUNTY TAX**
**COLLECTOR**
**113 NASH ST E**
**WILSON, NC 27893**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/1/2020**

Basis for the claim:
**Property Tax**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**Part 2:**　**List All Creditors with NONPRIORITY Unsecured Claims**

**3.** List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
out and attach the Additional Page of Part 2.

**Amount of claim**

---

Debtor   **K&W Cafeterias, Inc.**

Name

Case number (if known)

---

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,864.00 |
|---|---|---|---|

**ADAMS OUTDOOR ADVERTISING**
P O BOX 809140
Attn: Officer/Manager
CHICAGO, IL 60680

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,499.82 |
|---|---|---|---|

**ADT CYBERSECURITY**
301 NORTH ELM STREET, STE 550
Attn: Officer/Manager
GREENSBORO, NC 27401

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $595.00 |
|---|---|---|---|

**ADVANCED MAINTENANCE**
6554 MAYO DRIVE
Attn: Officer/Manager
BOONES MILL, VA 24065

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $617.08 |
|---|---|---|---|

**AIRGAS NATIONAL CARBONATION**
PO BOX 734673
Attn: Officer/Manager
DALLAS, TX 75373

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,280.77 |
|---|---|---|---|

**ALARMSOUTH**
PO BOX 5393
Attn: Officer/Manager
STATESVILLE, NC 28687

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $61.94 |
|---|---|---|---|

**ALEXANDER EQUIPMENT OF W-S**
PO BOX 25165
Attn: Officer/Manager
WINSTON-SALEM, NC 27114

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $45,000.00 |
|---|---|---|---|

**Allred Investment Company, LLC**
1391 Plaza West Drive
Attn: Officer or Managing Agent
Winston Salem, NC 27103

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  __Lease__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | K&W Cafeterias, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $47,464.00 |
|---|---|---|---|

ALSCO
PO BOX 3594
Attn: Officer/Manager
DURHAM, NC 27702

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade debt, multiple locations__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,882.86 |
|---|---|---|---|

APPALACHIAN POWER COMPANY
PO BOX 371496
Attn: Officer/Manager
PITTSBURGH, PA 15250

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Utility__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $808.30 |
|---|---|---|---|

BACKGROUND INVESTIGATION BUREAU
LLC
9710 NORTHCROSS CENTER COURT, SUITE
100
Attn: Officer/Manager
HUNTERSVILLE, NC 28078

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $94.06 |
|---|---|---|---|

BAKER PIPE & PARTS LLC
PO BOX 1824
Attn: Officer/Manager
GOLDSBORO, NC 27533

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $356.48 |
|---|---|---|---|

BEACH AIR
320 Reindeer Moss Ct
Attn: Officer/Manager
Myrtlle Beach, SC 29588

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,527.86 |
|---|---|---|---|

BENNETT UNIFORM MFG, INC.
4377 FEDERAL DRIVE
Attn: Officer/Manager
GREENSBORO, NC 27410

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $16,976.00 |
|---|---|---|---|

BERKELEY MALL, LLC
C/O CHILDRESS KLEIN PROPERTIES
301 South College Street Ste 2800
CHARLOTTE, NC 28202

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Lease__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **K&W Cafeterias, Inc.**                                          Case number *(if known)* _____
Name

| 3.15 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$17,775.00** |
|---|---|---|---|

**BORDEAUX CENTER, INC.**
**1740-A OWEN DR.**
**Attn Officer or Managing Agent**
**FAYETTEVILLE, N 28304**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Lease__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.16 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$11,268.09** |
|---|---|---|---|

**BRIXMORE HOLDINGS 1 SPE, LLC**
**C/O BRIXMOR PROPERTY GROUP**
**PO BOX 64524**
**CINCINNATI, OH 45264**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Lease__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.17 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$300.00** |
|---|---|---|---|

**BULLUCK LAWN CARE INC.**
**7073 HUNTER RIDGE RD**
**Attn: Officer/Manager**
**ROCKY MOUNT, NC 27803**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.18 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$11,290.17** |
|---|---|---|---|

**BVB PROPERTIES, INC.**
**204-C WEST WOODLAWN ROAD**
**Attn Officer or Managing Agent**
**CHARLOTTE, NC 28217**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Lease__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.19 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$20,954.46** |
|---|---|---|---|

**CAMERON VILLAGE**
**Attn Officer or Managing Agent**
**PO BOX 534243**
**ATLANTA, GA 30353**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Lease__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.20 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,029.07** |
|---|---|---|---|

**CARDINAL NATURAL GAS**
**PO BOX 94608**
**Attn: Officer/Manager**
**CLEVELAND, OH 44101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Utility__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.21 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$190.00** |
|---|---|---|---|

**CEDAR LAKE ASSOCIATION**
**200 CEDAR LAKE TRAIL**
**Attn: Officer/Manager**
**WINSTON-SALEM, NC 27104**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **K&W Cafeterias, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $150.13 |
|---|---|---|---|

CENTURYLINK
PO BOX 4300
Attn: Officer/Manager
CAROL STREAM, IL 60197

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Utility__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $350.00 |
|---|---|---|---|

CHRIS CARPENTRY
3410 MOUNTAIN VIEW RD.
Attn: Officer/Manager
GERMANTON, NC 27019

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $471.49 |
|---|---|---|---|

CITY ELECTRIC SUPPLY CO.
PO BOX 13507
Attn: Officer/Manager
GREENSBORO, NC 27415

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,392.92 |
|---|---|---|---|

CITY OF BURLINGTON
PO BOX 1358
Attn: Officer/Manager
BURLINGTON, NC 27216

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Utility__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $847.20 |
|---|---|---|---|

CITY OF MYRTLE BEACH
PO BOX 1346
Attn: Officer/Manager
MYRTLE BEACH, SC 29578

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Utility__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,726.20 |
|---|---|---|---|

CITY OF RALEIGH
PO BOX 71081
Attn: Officer/Manager
CHARLOTTE, NC 28272

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Utility__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12,968.28 |
|---|---|---|---|

CITY OF ROCKY MOUNT
P.O. BOX 1180
Attn: Officer/Manager
ROCKY MOUNT, NC 27802

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Utility__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor   **K&W Cafeterias, Inc.**         Case number *(if known)*
        Name

---

**3.29** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$8,223.22**

CITY OF SALEM
PO BOX 75997
Attn: Officer/Manager
BALTIMORE, MD 21275

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Utility__

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.30** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,306.37**

CITY OF WILSON
PO BOX 2407
Attn: Officer/Manager
WILSON, NC 27894

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Utility__

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.31** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,214.83**

CITY OF WINSTON-SALEM
PO BOX 580055
Attn: Officer/Manager
CHARLOTTE, NC 28258

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Utility__

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.32** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$206.61**

COMCAST
PO BOX 70219
Attn: Officer/Manager
PHILADELPHIA, PA 19176

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Utility__

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.33** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$12,856.11**

COPPERFIELD CENTER PARTNERSHIP
C/O B.V. BELK INVESTMENTS
204-C WEST WOODLAWN ROAD
CHARLOTTE, NC 28217

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Lease__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.34** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$99.19**

COX COMMUNICATIONS
PO BOX 771908
Attn: Officer/Manager
DETROIT, MI 48277

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Utility__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.35** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$984.60**

COZZINI BROS., INC.
350 HOWARD AVENUE
Attn: Officer/Manager
DES PLAINES, IL 60018

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **K&W Cafeterias, Inc.**                                    Case number *(if known)* _____
          Name

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $538.80 |
|---|---|---|---|

**DAYMARK SAFETY SYSTEMS**
**12836 SOUTH DIXIE HIGHWAY**
**Attn: Officer/Manager**
**BOWLING GREEN, OH 43402**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $685.77 |
|---|---|---|---|

**De Lage Landen Financial Services Inc**
**PO Box 41602**
**Attn: Officer/Manager**
**Philadelphia, PA 19101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Equipment lease**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $45,000.00 |
|---|---|---|---|

**DGV, LLC**
**1391 Plaza West Drive**
**Attn Officer or Managing Agent**
**Winston Salem, NC 27103**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Lease**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,451.29 |
|---|---|---|---|

**DUKE ENERGY CHARLOTTE**
**PO BOX 70516**
**Attn: Officer/Manager**
**CHARLOTTE, NC 28272**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Utility**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $70.63 |
|---|---|---|---|

**EASTERN FOOD EQUIPMENT**
**1930 HEALY DR**
**Attn: Officer/Manager**
**WINSTON SALEM, NC 27103**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $14,134.94 |
|---|---|---|---|

**ECOLAB PEST ELIMINATION**
**26252 NETWORK PLACE**
**Attn: Officer/Manager**
**CHICAGO, IL 60673**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $750.00 |
|---|---|---|---|

**ELVIS SERVICE CO INC**
**2200 EXECUTIVE AVE**
**Attn: Officer/Manager**
**MYRTLE BEACH, SC 29577**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **K&W Cafeterias, Inc.** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

| 3.43 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$460.66** |
|---|---|---|---|
| | **EXPRESS BUSINESS SYSTEMS INC.**<br>PO BOX 369<br>Attn: Officer/Manager<br>HICKORY, NC 28603 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:**  __Trade debt__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.44 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$185.00** |
|---|---|---|---|
| | **FORSYTH ROOTER SERVICE, INC.**<br>PO BOX 24248<br>Attn: Officer/Manager<br>WINSTON-SALEM, NC 27114 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:**  __Trade debt__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.45 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,107.30** |
|---|---|---|---|
| | **FOSTER CAVINESS FOOD SERVICE CO.**<br>PO BOX 744739<br>Attn: Officer/Manager<br>ATLANTA, GA 30374 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:**  __Trade debt__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.46 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,098.84** |
|---|---|---|---|
| | **FRANKLIN MACHINE PRODUCTS, INC.**<br>PO BOX 74007311<br>Attn: Officer/Manager<br>CHICAGO, IL 60674 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:**  __Trade debt__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.47 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$52.62** |
|---|---|---|---|
| | **FRONTIER**<br>PO BOX 740407<br>Attn: Officer/Manager<br>CINCINNATI, OH 45274 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:**  __Utility__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.48 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,218.03** |
|---|---|---|---|
| | **FSI MECHANICAL, INC.**<br>5485 RAYNOR RD.<br>Attn: Officer/Manager<br>GARNER, NC 27529 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:**  __Trade debt__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.49 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$380.00** |
|---|---|---|---|
| | **FSI SOUTH CAROLINA**<br>227 OLD GRADE RD.<br>Attn: Officer/Manager<br>MONCKS CORNER, SC 29461 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:**  __Trade debt__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

Debtor   **K&W Cafeterias, Inc.**

Name

Case number (if known) _____

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,540.44 |
|---|---|---|---|

**GFL ENVIRONMENTAL**
**PO BOX 791519**
**Attn: Officer/Manager**
**BALTIMORE, MD 21279**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,311.34 |
|---|---|---|---|

**GRAINGER INC**
**DEPT 803760818**
**Attn: Officer/Manager**
**PALATINE, IL 60038**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,325.00 |
|---|---|---|---|

**GREEN WORLD**
**1737 SPIVEY AVE.**
**Attn: Officer/Manager**
**CONWAY, SC 29527**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $269,110.00 |
|---|---|---|---|

**H/S Wilson, LLC**
**Attn: Hull Property Group, LLC**
**1190 Interstate Parkway**
**Augusta, GA 30909**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: __Lease, Wilson Mall__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $328.90 |
|---|---|---|---|

**HAPPY CHEF UNIFORMS, INC.**
**22 PARK PLACE**
**Attn: Officer/Manager**
**BUTLER, NJ 07405**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $523.08 |
|---|---|---|---|

**HEAT TRANSFER SALES LLC**
**PO BOX 8608**
**Attn: Officer/Manager**
**GREENSBORO, NC 27419**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $570.52 |
|---|---|---|---|

**HENRY'S ELECTRIC MOTOR SERVICE INC**
**1406 S MARTIN LUTHER KING DR**
**Attn: Officer/Manager**
**WINSTON-SALEM, NC 27107**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **K&W Cafeterias, Inc.**        Case number *(if known)* _____
      Name

| | | |
|---|---|---|
| **3.57** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* |

**3.57**

**Nonpriority creditor's name and mailing address**
**HERITAGE FOOD SERVICE**
PO BOX 71595
Attn: Officer/Manager
CHICAGO, IL 60694

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$1,072.16**

---

**3.58**

**Nonpriority creditor's name and mailing address**
**HUBBARD PIPE & SUPPLY, INC.**
PO DRAWER 1570
Attn: Officer/Manager
FAYETTEVILLE, NC 28302

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$238.46**

---

**3.59**

**Nonpriority creditor's name and mailing address**
**I-85 PLAZA**
PO DRAWER 850
Attn Officer or Managing Agent
BURLINGTON, NC 27216

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Lease**

Is the claim subject to offset? ■ No ☐ Yes

**$13,333.34**

---

**3.60**

**Nonpriority creditor's name and mailing address**
**IO BUSINESS MUSIC**
5025 W. LEMON ST., SUITE 200
Attn: Officer/Manager
TAMPA, FL 33609

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$1,090.05**

---

**3.61**

**Nonpriority creditor's name and mailing address**
**IRON MOUNTAIN**
PO BOX 27128
Attn: Officer/Manager
NEW YORK, NY 10087

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$339.10**

---

**3.62**

**Nonpriority creditor's name and mailing address**
**J H HONEYCUTT & SONS, INC.**
PO BOX 391
Attn: Officer/Manager
CHADBOURN, NC 28431

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$77.25**

---

**3.63**

**Nonpriority creditor's name and mailing address**
**JACOBI-LEWIS COMPANY - WILMINGTON**
PO BOX 1289
Attn: Officer/Manager
WILMINGTON, NC 28402

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$88.46**

---

Debtor **K&W Cafeterias, Inc.**

Name

Case number (if known) _____

| 3.64 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1,653.61 |
|---|---|---|---|

**KELLY OFFICE MACHINES, INC.**
**21146 NETWORK PLACE**
**Attn: Officer/Manager**
**CHICAGO, IL 60673**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Equipment lease__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.65 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1,640.15 |
|---|---|---|---|

**KOS FINANCIAL SERVICES**
**PO BOX 790448**
**Attn: Officer/Manager**
**ST. LOUIS, MO 63179**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Equipment lease__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.66 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $3,051.25 |
|---|---|---|---|

**LAMAR COMPANIES**
**PO BOX 96030**
**Attn: Officer/Manager**
**BATON ROUGE, LA 70896**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.67 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $325.00 |
|---|---|---|---|

**LIFTECH MOBILE CRANE SERVICE**
**321 SPRINGDALE DR**
**Attn: Officer/Manager**
**WILMINGTON, NC 28405**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.68 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $6,563.84 |
|---|---|---|---|

**LOOMIS**
**DEPT. CH 10500**
**Attn: Officer/Manager**
**PALATINE, IL 60055**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.69 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $14,554.63 |
|---|---|---|---|

**M2K, LLC**
**C/O HAI CHAU**
**PO BOX 61115**
**RALIEGH, N 27661**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Lease__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.70 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $760.00 |
|---|---|---|---|

**MAISONS-SUR-MER**
**9650 SHORE DR**
**Attn: Officer/Manager**
**MYRTLE BEACH, SC 29572**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **K&W Cafeterias, Inc.** _____    Case number _(if known)_ _____

Name

| 3.71 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$8,234.32** |
|---|---|---|---|

**MARVA MAID DAIRY**
**PO BOX 392612**
**Attn: Officer/Manager**
**PITTSBURGH, PA 15251**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.72 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$1,190.61** |
|---|---|---|---|

**MATT MARSHALL AND CO**
**PO BOX 77357**
**Attn: Officer/Manager**
**GREENSBORO, NC 27417**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.73 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$142.93** |
|---|---|---|---|

**MOCK TIRE & AUTO**
**4752 COUNTRY CLUB RD**
**Attn: Officer/Manager**
**WINSTON SALEM, NC 27104**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.74 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$36.56** |
|---|---|---|---|

**MURRAY SUPPLY COMPANY**
**PO BOX 744702**
**Attn: Officer/Manager**
**ATLANTA, GA 30374**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.75 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$105.00** |
|---|---|---|---|

**NC DEPT OF LABOR - BOILER SAFETY**
**BUREAU**
**1101 MAIL SERVICE CENTER**
**Attn: Officer/Manager**
**RALEIGH, NC 27699**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.76 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$14,413.67** |
|---|---|---|---|

**NEW MARKET HANOVER LP**
**PO Box 715252**
**Attn Officer or Managing Agent**
**Cincinnati, OH 45271**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Lease__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.77 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$35,333.97** |
|---|---|---|---|

**OLIVER PKG. & EQUIPMENT CO.**
**PO BOX 8506**
**Attn: Officer/Manager**
**CAROL STREAM, IL 60197**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **K&W Cafeterias, Inc.**                                      Case number *(if known)* _____
_____
Name

| | |
|---|---|
| 3.78 | **Nonpriority creditor's name and mailing address** |

**Nonpriority creditor's name and mailing address**

**3.78** **OVERTON GROUP, LLC**
**401 WEST 1ST STREET**
**Attn Officer or Managing Agent**
**GREENVILLE, NC 27834**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*        **$14,473.36**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Lease**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.79** **Nonpriority creditor's name and mailing address**
**Performance Food Group**
**543 12th Street Drive NW**
**Attn: Officer/Manager**
**Hickory, NC 28601**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*      **$1,062,988.72**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.80** **Nonpriority creditor's name and mailing address**
**PIEDMONT NATURAL GAS**
**PO BOX 1246**
**Attn: Officer/Manager**
**CHARLOTTE, NC 28201**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*        **$12,549.31**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Utility**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.81** **Nonpriority creditor's name and mailing address**
**PINNACLE POINT INVESTMENTS, LLC**
**8504 WILLOW BRANCH DR.**
**Attn: Officer/Manager**
**WAXHAW, NC 28173**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*        **$38,696.66**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Lease**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.82** **Nonpriority creditor's name and mailing address**
**POINTE REGATTA HOMEOWNERS**
**ASSOCIATION**
**PO BOX 1180**
**Attn: Officer/Manager**
**CORNELIUS, NC 28031**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*        **$143.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.83** **Nonpriority creditor's name and mailing address**
**POLO OAKS HOMEOWNERS ASSOCIATION**
**PO BOX 1239**
**Attn: Officer/Manager**
**COMMERCE, GA 30529**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*        **$370.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.84** **Nonpriority creditor's name and mailing address**
**PROSERVE FIRE PROTECTION, INC.**
**1000 N. MAIN ST., SUITE 204**
**Attn: Officer/Manager**
**FUQUAY VARINA, NC 27526**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*        **$6,648.95**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

| Debtor | **K&W Cafeterias, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.85 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $559.90 |
|---|---|---|---|

**QUALITY GLASS SERVICE INC**
**PO BOX 1104**
**Attn: Officer/Manager**
**WINSTON SALEM, NC 27102**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim: _Trade debt_**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.86 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $175.00 |
|---|---|---|---|

**QUALITY PRESSURE WASHING &**
**CLEANING SVC**
**PO BOX 7823**
**Attn: Officer/Manager**
**ROCKY MOUNT, NC 27804**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim: _Trade debt_**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.87 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $791.69 |
|---|---|---|---|

**REGENCY OFFICE PRODUCTS, LLC**
**8024 GLENWOOD AVE., SUITE 200**
**Attn: Officer/Manager**
**RALEIGH, NC 27612**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim: _Trade debt_**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.88 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,425.42 |
|---|---|---|---|

**REGIONAL MALLS, LLC DBA MERCER**
**MALL**
**PO BOX 2275**
**Attn Officer or Managing Agent**
**LEXINGTON, KY 40588**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim: _Lease_**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.89 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,166.48 |
|---|---|---|---|

**RESTAURANT TECHNOLOGIES, INC.**
**12962 COLLECTIONS CENTER DR**
**Attn: Officer/Manager**
**CHICAGO, IL 60693**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim: _Trade debt_**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.90 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $146.34 |
|---|---|---|---|

**RIDDLE FARM EQUIPMENT INC.**
**P.O. BOX 4021**
**Attn: Officer/Manager**
**WINSTON-SALEM, NC 27115**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim: _Trade debt_**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.91 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $540.00 |
|---|---|---|---|

**RJ WASTE & RECOVERY, LLC**
**PO BOX 14**
**Attn: Officer/Manager**
**IRON STATION, NC 28080**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim: _Trade debt_**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **K&W Cafeterias, Inc.**                                    Case number *(if known)*
          Name

| 3.92 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,305.61 |
|---|---|---|---|

**ROANOKE GAS COMPANY**
P.O. BOX 70848
Attn: Officer/Manager
CHARLOTTE, NC 28272

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:  Utility**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.93 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $100.00 |
|---|---|---|---|

**ROSE ICE & COAL CO.**
1202 MARKET ST
Attn: Officer/Manager
WILMINGTON, NC 28401

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:  Trade debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.94 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $8,244.18 |
|---|---|---|---|

**ROWAN COUNTY FINANCE DEPARTMENT**
C/O LISA BEVIS
130 W. INNES STREET
SALISBURY, NC 28144

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:  Lease**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.95 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $18,009.78 |
|---|---|---|---|

**RRPV UNIVERSITY CHAPEL HILL LP**
PO BOX 6230
Attn: Officer/Manager
ORLANDO, FL 32802

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:  Lease**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.96 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,459.53 |
|---|---|---|---|

**S&D COFFEE**
PO BOX 752010
Attn: Officer/Manager
CHARLOTTE, NC 28275

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:  Trade debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.97 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $11,020.00 |
|---|---|---|---|

**S.V.S. HOSPITALITY, INC.**
1535 LINKS VIEW DRIVE
Attn Officer or Managing Agent
SALEM, VA 24153

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:  Lease**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.98 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,146.00 |
|---|---|---|---|

**SHOES FOR CREWS, INC.**
PO BOX 734176
Attn: Officer/Manager
CHICAGO, IL 60673

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:  Trade debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor **K&W Cafeterias, Inc.**
_____
Name

Case number (if known) _____

| | | |
|---|---|---|
| 3.99 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$23,859.71** |

**SIGNATURE PLACE ROLL UP, LLC**
**PO BOX 535411**
**Attn Officer or Managing Agent**
**ATLANTA, GA 30353**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Lease**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.100 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$182.28** |

**SOLID WASTE AUTHORITY OF HORRY**
**COUNTY**
**PO BOX 1664**
**Attn: Officer/Manager**
**CONWAY, SC 29528**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.101 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,061.96** |

**SOUTHERN COASTAL SOLUTIONS INC.**
**5440 MCGINNIS VILLAGE PLACE, UNIT 104**
**Attn: Officer/Manager**
**ALPHARETTA, GA 30005**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.102 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$50,965.41** |

**SOUTHERN SHOPPING CENTER LLC**
**PO BOX 8500, LOCKBOX # 7327**
**Attn: Officer/Manager**
**PHILADELPHIA, PA 19178**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Lease**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.103 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$383.84** |

**SRMax Slip Resistant Shoe Company**
**PO BOX 10379**
**Attn: Officer/Manager**
**GREENSBORO, NC 27404**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.104 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,115.00** |

**STEAM SOURCE**
**3049 SALEM INDUSTRIAL DRIVE**
**Attn: Officer/Manager**
**WINSTON-SALEM, NC 27127**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.105 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$14,943.92** |

**TANGLEWOOD VENTURE, LLC**
**PO BOX 105740**
**Attn: Officer/Manager**
**ATLANTA, GA 30348**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Lease**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **K&W Cafeterias, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.106 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,440.20** |
|---|---|---|---|

**TELWARE CORPORATION**
**PO BOX 561209**
**Attn: Officer/Manager**
**CHARLOTTE, NC 28256**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  __Utility__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.107 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,060.82** |
|---|---|---|---|

**TIME WARNER**
**PO BOX 4617**
**Attn: Officer/Manager**
**CAROL STREAM, IL 60197**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  __Trade debt__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.108 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$18,911.00** |
|---|---|---|---|

**TOWER PLACE NC LP**
**C/O PROVIDENCE GROUP MGMT.**
**SERVICES**
**300 W. SUMMIT AVE, SUITE 250**
**CHARLOTTE, NC 28203**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  __Lease__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.109 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$817.89** |
|---|---|---|---|

**TQM ROOFING INC**
**3646 TAYLORSVILLE HWY**
**Attn: Officer/Manager**
**STATESVILLE, NC 28625**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  __Trade debt__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.110 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,857.00** |
|---|---|---|---|

**TRIAD INDUSTRIAL GROUP, INC.**
**4275 THOMASVILLE RD**
**Attn: Officer/Manager**
**WINSTON SALEM, NC 27107**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  __Trade debt__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.111 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$6,735,200.00** |
|---|---|---|---|

**Truist Bank**
**Attn: Managing Agent/Officer**
**214 N. Tryon St.**
**Charlotte, NC 28202**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  __PPP Loan__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.112 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,498.08** |
|---|---|---|---|

**ULINE**
**PO BOX 88741**
**Attn: Officer/Manager**
**CHICAGO, IL 60680**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  __Trade debt__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Debtor      **K&W Cafeterias, Inc.**                                         Case number *(if known)*
            Name

---

| 3.113 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,181.12** |

**UNITED REFRIGERATION INC.**
PO BOX 740703
Attn: Officer/Manager
ATLANTA, GA 30374

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _Trade debt_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.114 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$55.54** |

**UNITED RESTAURANT EQUIPMENT
COMPANY**
PO BOX 1186
Attn: Officer/Manager
RALEIGH, NC 27602

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _Trade debt_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.115 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$165.11** |

**UPS**
PO BOX 7247-0244
Attn: Officer/Manager
PHILADELPHIA, PA 19170

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _Trade debt_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.116 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$723.05** |

**W R VERNON PRODUCE COMPANY, INC.**
PO BOX 4054
Attn: Officer/Manager
WINSTON SALEM, NC 27115

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _Trade debt_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.117 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$222.39** |

**W.C. ROUSE & SON,INC.**
P.O. BOX 19046
Attn: Officer/Manager
GREENSBORO, NC 27419

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _Trade debt_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.118 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$521.76** |

**WASTE CONNECTIONS OF CAROLINA**
PO BOX 535233
Attn: Officer/Manager
PITTSBURGH, PA 15253

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _Trade debt_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.119 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$9,597.14** |

**WASTE MANAGEMENT**
PO BOX 4648
Attn: Officer/Manager
Carol Stream, IL 60197

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _Trade debt_

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **K&W Cafeterias, Inc.**                                             Case number *(if known)* _____
    Name

| 3.120 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$246.47** |
|---|---|---|---|

**WESTERN VIRGINIA WATER AUTHORITY**
PO BOX 17381
Attn: Officer/Manager
BALTIMORE, MD 21297

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Utility__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.121 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$4,718.73** |
|---|---|---|---|

**WIND RIVER ENVIRONMENTAL LLC**
PO BOX 22074
Attn: Officer/Manager
NEW YORK, NY 10087

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.122 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$773.94** |
|---|---|---|---|

**WM COMPACTOR SOLUTIONS INC.,**
DEPT#2008
PO BOX 29661
Attn: Officer/Manager
PHOENIX, AZ 85038

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.123 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$14,747.00** |
|---|---|---|---|

**Xerox Corporation**
PO Box 660501
Attn: Officer or Managing Agent
Dallas, TX 75266

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Equipment lease: V80 Press Serial B2R-088377__

Last 4 digits of account number __1956__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.124 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$915.20** |
|---|---|---|---|

**XEROX CORPORATION**
P.O. BOX 827598
Attn: Officer/Manager
PHILADELPHIA, PA 19182

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.125 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$10,436.00** |
|---|---|---|---|

**ZUPPLER**
151 EAST 10TH AVE., SUITE 201
Attn: Officer/Manager
CONSHOHOCKEN, PA 19428

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:**    **List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

| Debtor | **K&W Cafeterias, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Steve Gruendel**<br>**Moore and Van Allen PLLC**<br>**100 North Tryon St., Suite 4700**<br>**Charlotte, NC 28202-4003** | Line  3.111 <br><br>☐  Not listed. Explain ____ | _ |

---

**Part 4:**     **Total Amounts of the Priority and Nonpriority Unsecured Claims**

5.  Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | 825,724.66 |
| **5b. Total claims from Part 2** | 5b. + | $ | 8,798,280.12 |
| **5c. Total of Parts 1 and 2**<br>  Lines 5a + 5b = 5c. | 5c. | $ | 9,624,004.78 |

**Fill in this information to identify the case:**

Debtor name **K&W Cafeterias, Inc.**

United States Bankruptcy Court for the: MIDDLE DISTRICT OF NORTH CAROLINA

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                    12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 **Allred Investment Company, LLC** | **Attn: Officer or Managing Agent PO Box 25048 Winston Salem, NC 27114-5048** | **Truist Bank** | ■ D __2.17__<br>☐ E/F _____<br>☐ G _____ |
| 2.2 **DGV, LLC** | **Attn: Officer or Managing Agent PO Box 25048 Winston Salem, NC 27114-5048** | **Truist Bank** | ■ D __2.17__<br>☐ E/F _____<br>☐ G _____ |

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Middle District of North Carolina

In re **K&W Cafeterias, Inc.**

Debtor(s)

Case No. _____

Chapter **11**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | 100,000.00 |
| Prior to the filing of this statement I have received | $ | 100,000.00 |
| Balance Due | $ | 0.00 |

2. The source of the compensation paid to me was:

   ■ Debtor    ☐ Other (specify):

3. The source of compensation to be paid to me is:

   ■ Debtor    ☐ Other (specify):

4. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]
      **nalysis of financial situation, and rendering of advice and assistance to client in determining if a petition should be filed under Title 11 of the US Code. Preparation and filing of the petition, schedules and statement of affairs and other documents required by the court, including any amendments to the schedules. Represenation at the meeting of creditors; to the extent reasonable representation in core matters of the case, including motions to avoid non-purchase money security interests and judicial liens, reaffirmation agreements, redemption actions, motions for stay relief and most contested matters.**

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **Adversary Proceedings.**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**September  2, 2020**

*Date*

**/s/ John A. Northen**

**John A. Northen**
*Signature of Attorney*
**Northen Blue, LLP**
**PO Box 2208**
**Chapel Hill, NC 27515**
**919-968-4441  Fax: 919-942-6603**
*Name of law firm*

---

# United States Bankruptcy Court
## Middle District of North Carolina

In re   **K&W Cafeterias, Inc.**                                               Case No. _____

                                     Debtor(s)                    Chapter   **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Bill Allred**<br>**2861 Mery Acres Lane**<br>**Winston Salem, NC 27106** | **Common** | **13,928** | **6.3%** |
| **Dax Allred**<br>**3304 Willow Wind Drive**<br>**Pfafftown, NC 27040** | **Common** | **13,928** | **6.3%** |
| **Derek Duggins**<br>**1931 Plaza Drive West**<br>**Winston Salem, NC 27103** | **Common** | **32,793** | **14.8%** |
| **Donald Allred**<br>**1902 Cliff Pointe Court**<br>**Winston Salem, NC 27106** | **common** | **54,448** | **24.6%** |
| **Jordan Tucci**<br>**1931 Plaza West Drive**<br>**Winston Salem, NC 27103** | **Common** | **17,231** | **7.8%** |
| **Julie Long**<br>**606 Hertford Road**<br>**Winston Salem, NC 27104** | **Common** | **28,511** | **12.9%** |
| **Kathryn Allred**<br>**404 Lawndale Drive**<br>**Winston Salem, NC 27104** | **Common** | **3,229** | **1.5%** |
| **Leslie Yates**<br>**604 Macon Place**<br>**Raleigh, NC 27609** | **Common** | **28,511** | **12.9%** |
| **Natalie Smith**<br>**3945 Bethabara Road**<br>**Winston Salem, NC 27106** | **Common** | **28,511** | **12.9%** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

In re:    **K&W Cafeterias, Inc.**                                              Case No. _____
                                           Debtor(s)

# LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|

**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP**

I, the **President** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.


Date    **September  2, 2020**                              Signature    **/s/ Dax C. Allred**

                                                                         **Dax C. Allred**


*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Middle District of North Carolina

In re    **K&W Cafeterias, Inc.**                                    Case No.

                                           Debtor(s)             Chapter    **11**

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    **September  2, 2020**                  **/s/ Dax C. Allred**

                                             **Dax C. Allred**/**President**
                                             Signer/Title

ADAMS OUTDOOR ADVERTISING
P O BOX 809140
Attn: Officer/Manager
CHICAGO, IL 60680


ADT CYBERSECURITY
301 NORTH ELM STREET, STE 550
Attn: Officer/Manager
GREENSBORO, NC 27401


ADVANCED MAINTENANCE
6554 MAYO DRIVE
Attn: Officer/Manager
BOONES MILL, VA 24065


AIRGAS NATIONAL CARBONATION
PO BOX 734673
Attn: Officer/Manager
DALLAS, TX 75373


ALAMANCE COUNTY TAX COLLECTOR
124 W ELM STREET
GRAHAM, NC 27253


ALARMSOUTH
PO BOX 5393
Attn: Officer/Manager
STATESVILLE, NC 28687


ALEXANDER EQUIPMENT OF W-S
PO BOX 25165
Attn: Officer/Manager
WINSTON-SALEM, NC 27114


Allred Investment Company, LLC
Attn: Officer or Managing Agent
PO Box 25048
Winston Salem, NC 27114-5048


Ally Financial
PO Box 380901
Attn: Officer or Managing Agent
Bloomington, MN 55438

ALSCO
PO BOX 3594
Attn: Officer/Manager
DURHAM, NC 27702


APPALACHIAN POWER COMPANY
PO BOX 371496
Attn: Officer/Manager
PITTSBURGH, PA 15250


BACKGROUND INVESTIGATION BUREAU LLC
9710 NORTHCROSS CENTER COURT, SUITE 100
Attn: Officer/Manager
HUNTERSVILLE, NC 28078


BAKER PIPE & PARTS LLC
PO BOX 1824
Attn: Officer/Manager
GOLDSBORO, NC 27533


BB&T Commercial Equipment Capital
2 Great Valley Parkway, Suite 300
Attn: Officer or Managing Agent
Malvern, PA 19355


BEACH AIR
320 Reindeer Moss Ct
Attn: Officer/Manager
Myrtlle Beach, SC 29588


BENNETT UNIFORM MFG, INC.
4377 FEDERAL DRIVE
Attn: Officer/Manager
GREENSBORO, NC 27410


BERKELEY MALL, LLC
C/O CHILDRESS KLEIN PROPERTIES
301 South College Street Ste 2800
CHARLOTTE, NC 28202


BORDEAUX CENTER, INC.
1740-A OWEN DR.
Attn Officer or Managing Agent
FAYETTEVILLE, N 28304

BRIXMORE HOLDINGS 1 SPE, LLC
C/O BRIXMOR PROPERTY GROUP
PO BOX 64524
CINCINNATI, OH 45264


BULLUCK LAWN CARE INC.
7073 HUNTER RIDGE RD
Attn: Officer/Manager
ROCKY MOUNT, NC 27803


BVB PROPERTIES, INC.
204-C WEST WOODLAWN ROAD
Attn Officer or Managing Agent
CHARLOTTE, NC 28217


CABARRUS COUNTY TAX COLLECTOR
PO BOX 707
CONCORD, NC 28026


CAMERON VILLAGE
Attn Officer or Managing Agent
PO BOX 534243
ATLANTA, GA 30353


CARDINAL NATURAL GAS
PO BOX 94608
Attn: Officer/Manager
CLEVELAND, OH 44101


CEDAR LAKE ASSOCIATION
200 CEDAR LAKE TRAIL
Attn: Officer/Manager
WINSTON-SALEM, NC 27104


CENTURYLINK
PO BOX 4300
Attn: Officer/Manager
CAROL STREAM, IL 60197


CHRIS CARPENTRY
3410 MOUNTAIN VIEW RD.
Attn: Officer/Manager
GERMANTON, NC 27019

CIT Bank NA
10201 Centurion Parkway N, Suite #100
Attn: Officer or Managing Agent
Jacksonville, FL 32256


CITY ELECTRIC SUPPLY CO.
PO BOX 13507
Attn: Officer/Manager
GREENSBORO, NC 27415


CITY OF BURLINGTON
PO BOX 1358
Attn: Officer/Manager
BURLINGTON, NC 27216


CITY OF GREENVILLE
PO BOX 2207
GREENVILLE, SC 29602


CITY OF MYRTLE BEACH
PO BOX 1346
Attn: Officer/Manager
MYRTLE BEACH, SC 29578


CITY OF N MYRTLE BEACH
1018 2ND AVENUE SOUTH
N MYRTLE BEACH, SC 29582


CITY OF RALEIGH
PO BOX 71081
Attn: Officer/Manager
CHARLOTTE, NC 28272


CITY OF ROANOKE
EVELYN W. POWERS TREASURER
PO BOX 1451
ROANOKE, VA 24007


CITY OF ROCKY MOUNT
P.O. BOX 1180
Attn: Officer/Manager
ROCKY MOUNT, NC 27802

CITY OF SALEM
PO BOX 75997
Attn: Officer/Manager
BALTIMORE, MD 21275


CITY OF SALEM
DANIELLE C. CRAWFORD, CITY TREASURER
PO BOX 869
SALEM, VA 24153


CITY OF WILSON
PO BOX 2407
Attn: Officer/Manager
WILSON, NC 27894


CITY OF WINSTON-SALEM
PO BOX 580055
Attn: Officer/Manager
CHARLOTTE, NC 28258


COMCAST
PO BOX 70219
Attn: Officer/Manager
PHILADELPHIA, PA 19176


COMMONWEALTH OF VA
DEPT OF TAXATION
PO BOX 1115
RICHMOND, VA 23218


COPPERFIELD CENTER PARTNERSHIP
C/O B.V. BELK INVESTMENTS
204-C WEST WOODLAWN ROAD
CHARLOTTE, NC 28217


COX COMMUNICATIONS
PO BOX 771908
Attn: Officer/Manager
DETROIT, MI 48277


COZZINI BROS., INC.
350 HOWARD AVENUE
Attn: Officer/Manager
DES PLAINES, IL 60018

Crestmark Vendor Finance
PO Box 233756
Attn: Officer or Managing Agent
Chicago, IL 60689


CUMBERLAND COUNTY TAX COLLECTOR
P.O. BOX 449
FAYETTEVILLE, NC 28302


DAYMARK SAFETY SYSTEMS
12836 SOUTH DIXIE HIGHWAY
Attn: Officer/Manager
BOWLING GREEN, OH 43402


De Lage Landen Financial Services Inc
PO Box 41602
Attn: Officer/Manager
Philadelphia, PA 19101


De Lage Landen Financial Services, Inc.
PO Box 41602
Attn: Officer or Managing Agent
Philadelphia, PA 19101


DGV, LLC
Attn: Officer or Managing Agent
PO Box 25048
Winston Salem, NC 27114-5048


DUKE ENERGY CHARLOTTE
PO BOX 70516
Attn: Officer/Manager
CHARLOTTE, NC 28272


EASTERN FOOD EQUIPMENT
1930 HEALY DR
Attn: Officer/Manager
WINSTON SALEM, NC 27103


ECOLAB PEST ELIMINATION
26252 NETWORK PLACE
Attn: Officer/Manager
CHICAGO, IL 60673

ELVIS SERVICE CO INC
2200 EXECUTIVE AVE
Attn: Officer/Manager
MYRTLE BEACH, SC 29577


EXPRESS BUSINESS SYSTEMS INC.
PO BOX 369
Attn: Officer/Manager
HICKORY, NC 28603


First Foundation Bank
PO Box 80550
Attn: Officer or Managing Agent
City of Industry, CA 91716


First Lease Inc
1 Walnut Grove Drive, Suite 300
Attn: Officer or Managing Agent
Horsham, PA 19044


FORSYTH COUNTY TAX COLLECTOR
PO BOX 82
WINSTON-SALEM, NC 27102


FORSYTH ROOTER SERVICE, INC.
PO BOX 24248
Attn: Officer/Manager
WINSTON-SALEM, NC 27114


FOSTER CAVINESS FOOD SERVICE CO.
PO BOX 744739
Attn: Officer/Manager
ATLANTA, GA 30374


FRANKLIN MACHINE PRODUCTS, INC.
PO BOX 74007311
Attn: Officer/Manager
CHICAGO, IL 60674


FRONTIER
PO BOX 740407
Attn: Officer/Manager
CINCINNATI, OH 45274

FSI MECHANICAL, INC.
5485 RAYNOR RD.
Attn: Officer/Manager
GARNER, NC 27529


FSI SOUTH CAROLINA
227 OLD GRADE RD.
Attn: Officer/Manager
MONCKS CORNER, SC 29461


GFL ENVIRONMENTAL
PO BOX 791519
Attn: Officer/Manager
BALTIMORE, MD 21279


GRAINGER INC
DEPT 803760818
Attn: Officer/Manager
PALATINE, IL 60038


GREEN WORLD
1737 SPIVEY AVE.
Attn: Officer/Manager
CONWAY, SC 29527


GREENVILLE COUNTY TAX COLLECTOR
301 UNIVERSITY RIDGE
SUITE 700
GREENVILLE, SC 29601


GUILFORD COUNTY TAX DEPARTMENT
PO BOX 3138
GREENSBORO, NC 27402


H/S Wilson, LLC
Attn: Hull Property Group, LLC
1190 Interstate Parkway
Augusta, GA 30909


HAPPY CHEF UNIFORMS, INC.
22 PARK PLACE
Attn: Officer/Manager
BUTLER, NJ 07405

```
HEAT TRANSFER SALES LLC
PO BOX 8608
Attn: Officer/Manager
GREENSBORO, NC 27419


HENRY'S ELECTRIC MOTOR SERVICE INC
1406 S MARTIN LUTHER KING DR
Attn: Officer/Manager
WINSTON-SALEM, NC 27107


HERITAGE FOOD SERVICE
PO BOX 71595
Attn: Officer/Manager
CHICAGO, IL 60694


Honda Financial
13856 Ballantyne Corporate Place
Attn: Officer or Managing Agent
Charlotte, NC 28277


HORRY COUNTY TREASURER
1301 SECOND AVENUE
SUITE 1C08
CONWAY, SC 29526


HUBBARD PIPE & SUPPLY, INC.
PO DRAWER 1570
Attn: Officer/Manager
FAYETTEVILLE, NC 28302


I-85 PLAZA
PO DRAWER 850
Attn Officer or Managing Agent
BURLINGTON, NC 27216


IO BUSINESS MUSIC
5025 W. LEMON ST., SUITE 200
Attn: Officer/Manager
TAMPA, FL 33609


IREDELL COUNTY TAX COLLECTOR
135 EAST WATER STREET
STATESVILLE, NC 28687
```

```
IRON MOUNTAIN
PO BOX 27128
Attn: Officer/Manager
NEW YORK, NY 10087


J H HONEYCUTT & SONS, INC.
PO BOX 391
Attn: Officer/Manager
CHADBOURN, NC 28431


JACOBI-LEWIS COMPANY - WILMINGTON
PO BOX 1289
Attn: Officer/Manager
WILMINGTON, NC 28402


KELLY OFFICE MACHINES, INC.
21146 NETWORK PLACE
Attn: Officer/Manager
CHICAGO, IL 60673


KOS Financial Services
PO Box 41602
Attn: Officer or Managing Agent
Philadelphia, PA 19101


KOS Financial Services
21146 Network Place
Attn: Officer or Managing Agent
Chicago, IL 60673


KOS Financial Services
PO Box 790448
Attn: Officer or Managing Agent
St Louis, MO 63179


LAMAR COMPANIES
PO BOX 96030
Attn: Officer/Manager
BATON ROUGE, LA 70896


LIFTECH MOBILE CRANE SERVICE
321 SPRINGDALE DR
Attn: Officer/Manager
WILMINGTON, NC 28405
```

```
LOOMIS
DEPT. CH 10500
Attn: Officer/Manager
PALATINE, IL 60055


M2K, LLC
C/O HAI CHAU
PO BOX 61115
RALIEGH, N 27661


Macquarie Equipment Capital, Inc.
1301 Riverplace Blvd
Attn: Officer or Managing Agent
Jacksonville, FL 32207


MAISONS-SUR-MER
9650 SHORE DR
Attn: Officer/Manager
MYRTLE BEACH, SC 29572


MARVA MAID DAIRY
PO BOX 392612
Attn: Officer/Manager
PITTSBURGH, PA 15251


MATT MARSHALL AND CO
PO BOX 77357
Attn: Officer/Manager
GREENSBORO, NC 27417


MECKLENBURG COUNTY
700 N Tryon St
CHARLOTTE, NC 28202


MECKLENBURG COUNTY TAX COLLECTOR
PO BOX 31457
CHARLOTTE, NC 28231-1457


MERCER COUNTY
ATTN: TREASURER OFFICE
1501 WEST MAIN ST
PRINCETON, WV 24740
```

```
MOCK TIRE & AUTO
4752 COUNTRY CLUB RD
Attn: Officer/Manager
WINSTON SALEM, NC 27104


MURRAY SUPPLY COMPANY
PO BOX 744702
Attn: Officer/Manager
ATLANTA, GA 30374


NASH COUNTY TAX COLLECTOR
120 W WASHINGTON ST. STE 2058
NASHVILLE, NC 27856


NC DEPT OF LABOR - BOILER SAFETY BUREAU
1101 MAIL SERVICE CENTER
Attn: Officer/Manager
RALEIGH, NC 27699


NC DEPT OF REVENUE
PO Box 1168
RALEIGH, NC 27602


NEW HANOVER COUNTY TAX OFFICE
230 GOVERNMENT CENTER DR
SUITE 190
WILMINGTON, NC 28403


NEW MARKET HANOVER LP
PO Box 715252
Attn Officer or Managing Agent
Cincinnati, OH 45271


NORFOLK CITY TREASURER
COM OF REVENUE
PO BOX 3215
NORFOLK, VA 23514-3215


OLIVER PKG. & EQUIPMENT CO.
PO BOX 8506
Attn: Officer/Manager
CAROL STREAM, IL 60197


ORANGE COUNTY TAX COLLECTOR
PO BOX 8181
HILLSBOROUGH, NC 27278
```

OVERTON GROUP, LLC
401 WEST 1ST STREET
Attn Officer or Managing Agent
GREENVILLE, NC 27834


Performance Food Group
543 12th Street Drive NW
Attn: Officer/Manager
Hickory, NC 28601


PIEDMONT NATURAL GAS
PO BOX 1246
Attn: Officer/Manager
CHARLOTTE, NC 28201


PINNACLE POINT INVESTMENTS, LLC
8504 WILLOW BRANCH DR.
Attn: Officer/Manager
WAXHAW, NC 28173


PITT COUNTY TAX COLLECTOR
PO BOX 875
GREENVILLE, NC 27835


POINTE REGATTA HOMEOWNERS ASSOCIATION
PO BOX 1180
Attn: Officer/Manager
CORNELIUS, NC 28031


POLO OAKS HOMEOWNERS ASSOCIATION
PO BOX 1239
Attn: Officer/Manager
COMMERCE, GA 30529


PROSERVE FIRE PROTECTION, INC.
1000 N. MAIN ST., SUITE 204
Attn: Officer/Manager
FUQUAY VARINA, NC 27526


QUALITY GLASS SERVICE INC
PO BOX 1104
Attn: Officer/Manager
WINSTON SALEM, NC 27102

QUALITY PRESSURE WASHING & CLEANING SVC
PO BOX 7823
Attn: Officer/Manager
ROCKY MOUNT, NC 27804


RANDOLPH COUNTY TAX DEPT
OFFICE OF TAX COLLECTOR
725 MCDOWELL ROAD
ASHEBORO, NC 27205


REGENCY OFFICE PRODUCTS, LLC
8024 GLENWOOD AVE., SUITE 200
Attn: Officer/Manager
RALEIGH, NC 27612


REGIONAL MALLS, LLC DBA MERCER MALL
PO BOX 2275
Attn Officer or Managing Agent
LEXINGTON, KY 40588


RESTAURANT TECHNOLOGIES, INC.
12962 COLLECTIONS CENTER DR
Attn: Officer/Manager
CHICAGO, IL 60693


RIDDLE FARM EQUIPMENT INC.
P.O. BOX 4021
Attn: Officer/Manager
WINSTON-SALEM, NC 27115


RJ WASTE & RECOVERY, LLC
PO BOX 14
Attn: Officer/Manager
IRON STATION, NC 28080


ROANOKE COUNTY
COMMISSIONER OF THE REVENUE
5204 BERNARD DR, 1ST FLOOR
ROANOKE, VA 24018


ROANOKE GAS COMPANY
P.O. BOX 70848
Attn: Officer/Manager
CHARLOTTE, NC 28272

ROSE ICE & COAL CO.
1202 MARKET ST
Attn: Officer/Manager
WILMINGTON, NC 28401


ROWAN COUNTY FINANCE DEPARTMENT
C/O LISA BEVIS
130 W. INNES STREET
SALISBURY, NC 28144


ROWAN COUNTY TAX COLLECTOR
402 N MAIN STREET
SUITE 101
SALISBURY, NC 28144


RRPV UNIVERSITY CHAPEL HILL LP
PO BOX 6230
Attn: Officer/Manager
ORLANDO, FL 32802


S&D COFFEE
PO BOX 752010
Attn: Officer/Manager
CHARLOTTE, NC 28275


S.V.S. HOSPITALITY, INC.
1535 LINKS VIEW DRIVE
Attn Officer or Managing Agent
SALEM, VA 24153


SC DEPT OF REVENUE
PO BOX 125
COLUMBIA, SC 29214


SHOES FOR CREWS, INC.
PO BOX 734176
Attn: Officer/Manager
CHICAGO, IL 60673


SIGNATURE PLACE ROLL UP, LLC
PO BOX 535411
Attn Officer or Managing Agent
ATLANTA, GA 30353

SOLID WASTE AUTHORITY OF HORRY COUNTY
PO BOX 1664
Attn: Officer/Manager
CONWAY, SC 29528


SOUTHERN COASTAL SOLUTIONS INC.
5440 MCGINNIS VILLAGE PLACE, UNIT 104
Attn: Officer/Manager
ALPHARETTA, GA 30005


SOUTHERN SHOPPING CENTER LLC
PO BOX 8500, LOCKBOX # 7327
Attn: Officer/Manager
PHILADELPHIA, PA 19178


SRMax Slip Resistant Shoe Company
PO BOX 10379
Attn: Officer/Manager
GREENSBORO, NC 27404


STEAM SOURCE
3049 SALEM INDUSTRIAL DRIVE
Attn: Officer/Manager
WINSTON-SALEM, NC 27127


Steve Gruendel
Moore and Van Allen PLLC
100 North Tryon St., Suite 4700
Charlotte, NC 28202-4003


Susquehanna Commecial Finance, Inc
2 Country View Road, Suite 300
Attn: Officer or Managing Agent
Malvern, PA 19355


TANGLEWOOD VENTURE, LLC
PO BOX 105740
Attn: Officer/Manager
ATLANTA, GA 30348


TELWARE CORPORATION
PO BOX 561209
Attn: Officer/Manager
CHARLOTTE, NC 28256

The City Kitch, LLC
Attn: Officer or Managing Agent
640 W. Mallard Creek Church Road
Charlotte, NC 28262


TIME WARNER
PO BOX 4617
Attn: Officer/Manager
CAROL STREAM, IL 60197


TOWER PLACE NC LP
C/O PROVIDENCE GROUP MGMT. SERVICES
300 W. SUMMIT AVE, SUITE 250
CHARLOTTE, NC 28203


TQM ROOFING INC
3646 TAYLORSVILLE HWY
Attn: Officer/Manager
STATESVILLE, NC 28625


TRIAD INDUSTRIAL GROUP, INC.
4275 THOMASVILLE RD
Attn: Officer/Manager
WINSTON SALEM, NC 27107


Truist Bank
Attn: Managing Agent/Officer
214 N. Tryon St.
Charlotte, NC 28202


ULINE
PO BOX 88741
Attn: Officer/Manager
CHICAGO, IL 60680


UNITED REFRIGERATION INC.
PO BOX 740703
Attn: Officer/Manager
ATLANTA, GA 30374


UNITED RESTAURANT EQUIPMENT COMPANY
PO BOX 1186
Attn: Officer/Manager
RALEIGH, NC 27602

UPS
PO BOX 7247-0244
Attn: Officer/Manager
PHILADELPHIA, PA 19170


W R VERNON PRODUCE COMPANY, INC.
PO BOX 4054
Attn: Officer/Manager
WINSTON SALEM, NC 27115


W.C. ROUSE & SON, INC.
P.O. BOX 19046
Attn: Officer/Manager
GREENSBORO, NC 27419


WAKE COUNTY
301 S McDowell Street
Suite 3800
RALEIGH, NC 27602


WAKE COUNTY REVENUE DEPARTMENT
PO BOX 2331
RALEIGH, NC 27602


WASTE CONNECTIONS OF CAROLINA
PO BOX 535233
Attn: Officer/Manager
PITTSBURGH, PA 15253


WASTE MANAGEMENT
PO BOX 4648
Attn: Officer/Manager
Carol Stream, IL 60197


WAYNE COUNTY TAX COLLECTOR
PO BOX 227
GOLDSBORO, NC 27530


WESTERN VIRGINIA WATER AUTHORITY
PO BOX 17381
Attn: Officer/Manager
BALTIMORE, MD 21297


WILSON COUNTY TAX COLLECTOR
113 NASH ST E
WILSON, NC 27893

```
WIND RIVER ENVIRONMENTAL LLC
PO BOX 22074
Attn: Officer/Manager
NEW YORK, NY 10087


WM COMPACTOR SOLUTIONS INC., DEPT#2008
PO BOX 29661
Attn: Officer/Manager
PHOENIX, AZ 85038


Xerox Corporation
PO Box 660501
Attn: Officer or Managing Agent
Dallas, TX 75266


XEROX CORPORATION
P.O. BOX 827598
Attn: Officer/Manager
PHILADELPHIA, PA 19182


ZUPPLER
151 EAST 10TH AVE., SUITE 201
Attn: Officer/Manager
CONSHOHOCKEN, PA 19428
```

# United States Bankruptcy Court
## Middle District of North Carolina

In re   **K&W Cafeterias, Inc.**

Debtor(s)

Case No.

Chapter   **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **K&W Cafeterias, Inc.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**September  2, 2020**

Date

**/s/ John A. Northen**

**John A. Northen**

Signature of Attorney or Litigant

Counsel for   **K&W Cafeterias, Inc.**

**Northen Blue, LLP**
**PO Box 2208**
**Chapel Hill, NC 27515**
**919-968-4441 Fax:919-942-6603**